THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELLIOT MARCUS, Also Known as ELLIOT L. MARCUS, Appellant.— From a judgment of the Court

of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting him of a violation of section 982 of the Penal Law, the defendant appeals. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.